**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James A. BUTLER, Defendant–**
**Appellant.**

**No. 03–6606.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 23, 2003.

Decided Oct. 8, 2003.

James A. Butler, Appellant Pro Se. Gurney Wingate Grant, II, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

James A. Butler appeals the district court's order dismissing without prejudice his motion for "the time when records were destroyed." We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss on the reasoning of the district court. *See United States v. Butler,* No. CR–91–44 (E.D.Va. Mar. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*DISMISSED.*